IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:05CV481
                             )
     v.                      )
                             )
THE ESTATE OF FRANK A.       )        ORDER
GOESCH (deceased), et al.,   )
                             )
            Defendants.      )
_____)
```

       This matter is before the Court on plaintiff's motion for extension of time (Filing No. 13) to submit the report of parties' planning meeting. The Court finds said motion should be granted. Accordingly,

       IT IS ORDERED that plaintiff's motion is granted; the parties shall have until April 12, 2006, to submit the report of planning conference.

       DATED this 24th day of March, 2006.

                                  BY THE COURT:

                                  /s/ Lyle E. Strom
                                  _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court